UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KRISTYN REAM**<br>    8520 Hayden Lane<br>    Annandale, VA  22003<br><br>,<br><br>            Plaintiff,<br><br>    v.<br><br>**IN-Q-TEL, INC.**<br>    1800 Tysons Blvd., Suite 1200<br>    McLean, VA  22102<br><br><br>            Defendant. | Case No. 1:25-CV-01593<br><br><br><br><br><br><br><br><br>Complaint Filed:  September 23, 2025 |

**DEFENDANT IN-Q-TEL'S 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, and Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant In-Q-Tel ("IQT") in the above captioned action, certifies that it is a nonstock, nonprofit corporation. It has no parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Dated: November 24, 2025

Respectfully submitted,

GOODWIN PROCTER LLP

By: */s/ Katherine Cheng*
Katherine Cheng
KatherineCheng@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street NW
Washington, District of Columbia
Telephone: +1 202 346 4000

Jeremy Lewis (p*ro hac vice forthcoming)*
JeremyLewis@goodwinlaw.com
GOODWIN PROCTER LLP
525 Market Street, Floor 32
San Francisco, California 94105
Telephone: +1 415 733 6000

Attorneys for Defendant
IN-Q-TEL, INC.

- 3 -

## CERTIFICATE OF SERVICE

    I, Katherine Cheng, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing (NEF) on November 24, 2025.

                                                                     */s/ Katherine Cheng*
                                                                      Katherine Cheng